UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jeremiah Brown,

Plaintiff,

vs. ORDER OF DISMISSAL

Bradley Skoog, sued as Brad Skoog, individually and in his official capacity as Becker County Deputy Sheriff,

Defendant. Civ. No. 00-1691 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: September 6, 2001
At St. Paul, Minnesota

FILED SEP 06 2001
RICHAR[illegible] [illegible]TTEN, CLERK
JUDGM[illegible]
DEPUTY [illegible]