UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEREMIAH BROWN, Civil No. 00-1691 (DWF/RLE)

Plaintiff,

v. **ORDER OF DISMISSAL**

BRADLEY SKOOG, Sued as Brad Skoog, individually and in his official capacity as Becker County Deputy Sheriff,

Defendant.

---

Zenas Baer, Esq., Baer & Associates, 331 6th Street, P.O. Box 249, Hawley, MN 56549, counsel for Plaintiff.

Roger Rowlette, Esq., Johnson & Lindberg, 7900 International Drive, Suite 960, Minneapolis, MN 55425-3828, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________